AO 442 (Rev. 11/11) Arrest Warrant

FIO: 11847918

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| DYLAN MATTHEW SLOAN, | ) |
| | ) |
| Defendant | ) |

Case No. 1:25-MJ-473

Case: 1:25-mj-00264
Assigned To: Judge Harvey, G. Michael
Assign. Date: 11/12/2025
Description: RULE 5 ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **DYLAN MATTHEW SLOAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

32 C.F.R. § 234.6   Interfering with Agency Functions
32 C.F.R. § 234.10  Possession of a Weapon

Date: August 15, 2025

*William C. Fitzpatrick*
*Issuing officer's signature*

City and state: Alexandria, VA

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/12/2025, and the person was arrested on *(date)* 11/12/2025
at *(city and state)* Washington D.C.

Date: 11/12/2025

*Arresting officer's signature*

K. McBride, DUSM
*Printed name and title*